## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## HONORABLE MARCIA S. KRIEGER

| | | |
|---|---|---|
| Courtroom Deputy: | Patricia Glover | Date: September 15, 2010 |
| Court Reporter: | Paul Zuckerman | |
| Probation Officer: | Elizabeth Oppenheimer | |
| Interpreter: | Piangjai Cefkin | |

Criminal Action No. 08-cr-00458-MSK

*Parties*:                                                            *Counsel*:

UNITED STATES OF AMERICA,                Tim Neff

      Plaintiff,

v.

MANIVONE SAIGNAPHONE,                     Edward Harris

      Defendant.

___

## SENTENCING MINUTES
___

**3:13 p.m.**     **Court in session**.

Defendant present on bond.

Interpreter sworn.

**Change of Plea Hearing on December 3, 2009.  Defendant pled guilty to Count 20 of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The Government **does** request departure (**Doc. #315**).  Argument by Mr. Neff.  The defendant has no objection.

The defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).  (**Doc. #247**)  Argument by Mr. Harris.  The Government objects.

Allocution. - Statements made by: The Government and defense counsel.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.  Further argument by defendant.

**ORDER:** The Government's Motion for Downward Departure (**Doc. #315**) is **GRANTED.**

**ORDER:** The defendant's Motion for Variance (**Doc. #247**) is **DENIED.**

**ORDER:** **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of her right to appeal.

**ORDER:** Defendant shall surrender to the facility designated by the United States Bureau of Prisons before noon on **October 25, 2010.**

**ORDER:** Bond will be exonerated at the time defendant reports to the facility designated by the Bureau of Prisons.

**4:24 p.m.** **Court in recess.**

Total Time: 1 hour 11 minutes.
Hearing concluded.